ACCEPTED
03-15-00259-CV
5151738
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 10:43:17 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00259-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 10:43:17 AM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

_____

BECKY, LTD.,
*Appellant*

v.

THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH
FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
*Appellees*

_____

ON APPEAL FROM THE
126TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S UNOPPOSED MOTION TO
TRANSFER RECORDS**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Becky, Ltd., files this Unopposed Motion to Transfer Records and in support would respectfully show as follows:

This is the second appeal of this case. The first appeal was case number 03-15-00071-CV. That appeal was voluntarily dismissed as premature since no final judgment had yet been entered. Following the dismissal of the first appeal, the

trial court signed an order of severance, rendering the complained of order final and prompting this new appeal.

Prior to dismissal of the first appeal, the trial court clerk filed a clerk's record. The clerk's record in the first appeal should be made a part of the record for this appeal. *See* TEX. R. APP. P. 34.1. Appellant has requested a supplemental clerk's record containing the new filings after the first clerk's record was prepared.

Appellant therefore requests that the Court transfer the existing clerk's record in Case No. 03-15-00071-CV to this appeal so that the parties may refer to the previously filed record.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    Leonard B. Smith
    State Bar No. 18643100
    lsmith@leonardsmithlaw.com
    P.O. Box 684633
    Austin, Texas 78768
    (512) 914-3732 (Telephone)
    (512) 532-6446 (Facsimile)

ATTORNEYS FOR APPELLANT

2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has consulted via email with counsel for Appellees the City of Cedar Park and the individual Appellees, and they have indicated that they do not oppose this motion.

/s/ Elizabeth G. Bloch
ELIZABETH G. BLOCH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the *Cinco de Mayo*, 2015, via the Court's electronic filing system and/or email to the following counsel of record:

Cobby Caputo
ccaputo@bickerstaff.com
Bradley B. Young
byoung@bickerstaff.com
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

/s/ Elizabeth G. Bloch

AUS-6103822-1 521106/1